UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA GONDOLFO, ROBERT CAVALLARO,
TODD MCCORMACK, EDWARD WECHSLER,
JOSEPH ARMISTO, and GERARD HANRAHAN

                      Plaintiffs,

      -against-

TOWN OF CARMEL, TOWN OF CARMEL TOWN BOARD
TOWN OF CARMEL PLANNING BOARD,
TOWN OF CARMEL ZONING BOARD OF APPEALS,
MICHAEL CARNAZZA (in his official capacity as
Town of Carmel Building Inspector),
NEW YORK SMSA LIMITED PARTNERSHIP d/b/a
VERIZON WIRELESS, HOMELAND TOWERS, LLC, and
MAPLE HILL ESTATES HOMEOWNERS ASSOCIATION,
INC.,

                      Defendants.

---

**NOTICE OF APPEARANCE**

20-cv-9060 (CS) (AEK)

---

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel of record in this action on behalf of defendants New York SMSA Limited Partnership d/b/a Verizon Wireless and Homeland Towers, LLC. The undersigned certifies that she is admitted to practice in this Court. All papers should be served upon the undersigned at the mailing address listed below.

Dated: Tarrytown, New York
       October 29, 2020

                                      **SNYDER & SNYDER, LLP**

                                By: /s/ _____
                                      Carlotta Cassidy
                                      94 White Plains Road
                                      Tarrytown, New York 10591
                                      (914) 333-0700
                                      ccassidy@snyderlaw.net

*Attorneys for Defendants*
*Homeland Towers, LLC and*
*New York SMSA Limited Partnership*
*d/b/a Verizon Wireless*