UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA GONDOLFO, ROBERT CAVALLARO,
TODD MCCORMACK, EDWARD WECHSLER,
JOSEPH ARMISTO, and GERARD HANRAHAN

                Plaintiffs,

        -against-

TOWN OF CARMEL, TOWN OF CARMEL TOWN BOARD
TOWN OF CARMEL PLANNING BOARD,
TOWN OF CARMEL ZONING BOARD OF APPEALS,
MICHAEL CARNAZZA (in his official capacity as
Town of Carmel Building Inspector),
NEW YORK SMSA LIMITED PARTNERSHIP d/b/a
VERIZON WIRELESS, HOMELAND TOWERS, LLC, and
MAPLE HILL ESTATES HOMEOWNERS ASSOCIATION,
INC.,

                Defendants.

**RULE 7.1 DISCLOSURE STATEMENT**

20-cv-9060 (CS)(AEK)

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, New York SMSA Limited Partnership d/b/a Verizon Wireless, certifies the following:

New York SMSA Limited Partnership d/b/a Verizon Wireless is a New York limited partnership, with its principal place of business at One Verizon Way, Basking Ridge, NJ 07920. It is composed of the following two partners:

    1. **Cellco Partnership d/b/a Verizon Wireless** ("Cellco") is a general partnership formed

under the laws of the State of Delaware. Cellco has four partners in total and is indirectly, wholly owned by Verizon Communications Inc. ("Verizon"). Verizon, a publicly traded company, has its principal place of business at 1095 Avenue of the Americas, New York, New York. The following is a listing of partners:

- <u>Bell Atlantic Mobile Systems LLC</u>, One Verizon Way, Basking Ridge, NJ 07920-1097, a Delaware limited liability company with its principal place of business in New Jersey, whose sole member is MCI Communications Services, Inc., a Delaware corporation with its principal place of business in New Jersey;

- <u>GTE Wireless LLC</u>, One Verizon Way, Basking Ridge, NJ 07920-1097, a Delaware limited liability company with its principal place of business in New Jersey, whose sole member is GTE LLC, a Delaware limited liability company with is principal place of business in New Jersey; and

- <u>Verizon Americas LLC</u>, a Delaware limited liability company with a principal place of business in New Jersey, whose sole member is Verizon Communications Inc., a publicly traded company with a principal place of business in New York.

2. **BAMS Communications LLC** is a Delaware limited liability company with a principal place of business in New Jersey, whose sole member is MCI Communications Services LLC, a Delaware limited liability company with a principal place of business in New Jersey.

Dated: Tarrytown, New York
November 3, 2020

**SNYDER & SNYDER, LLP**

By: /s/
Carlotta Cassidy
94 White Plains Road
Tarrytown, New York 10591
(914) 333-0700
ccassidy@snyderlaw.net